IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN FORD, | : | Case No. 2:14-cv-13832-MOB-RSW |
| Plaintiff, | : | Judge Marianne O. Battani |
| v. | : | Magistrate Judge R. Steven Whalen |
| DATAQUICK LENDING SOLUTIONS, INC. and TRANS UNION, LLC, | : | |
| | : | |
| Defendants. | | |

_____

**ORDER**

Upon review of the Stipulated Motion to Dismiss Defendant DataQuick Lending Solutions, Inc. and Join DataQuick Information Systems, Inc. as a Defendant, the Court hereby orders that the claims against Defendant DataQuick Lending Solutions, Inc. be dismissed without prejudice and that DataQuick Information Systems, Inc. be joined as a defendant in this matter. The Clerk of this Court shall change the caption of this matter to identify DataQuick Information Systems, Inc. as a defendant and remove DataQuick Lending Solutions, Inc. as a defendant in this matter. PLAINTIFF SHALL FILE AN AMENDED COMPLAINT WITHIN 7 DAYS FROM THE DATE OF THIS ORDER. DATAQUICK LENDING SOLUTIONS, INC. AND TRANS UNION, LLC SHALL FILE AN ANSWER WITHIN 20 DAYS FROM THE FILING OF THE AMENDED COMPLAINT. ALL SCHEDULING ORDER DATES WILL REMAIN THE SAME.

**SO ORDERED.**

Date:   December 22, 2014          <u>s/Marianne O. Battani</u>
                                           MARIANNE O. BATTANI
                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 22, 2014.

                                                           <u>s/ Kay Doaks</u>
                                                           Case Manager