# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

STEVEN FORD,
    Plaintiff,

vs.

DATAQUICK INFORMATION SYSTEMS, INC. and TRANS UNION, LLC,
    Defendants.

CASE NO. 2:14-cv-13832-MOB-RSW

Judge Marianne O. Battani
Magistrate Judge R. Steven Whalen

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Steven Ford ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") only.  Accordingly, Trans Union does not intend to participate at the Settlement Conference, currently scheduled in this matter for June 4, 2015.  Plaintiff and Trans Union will shortly submit a proposed Stipulation And Order Of Dismissal, once the settlement is consummated.

Respectfully submitted,


*s/ Amanda Marie Longendyke (with consent)*
Ian B. Lyngklip, Esq.
Amanda Marie Longendyke, Esq.
Lyngklip & Associates Consumer Law Center
24500 Northwestern Highway, Suite 206
Southfiled, MI 48075
Telephone:  248-239-1891
E-Mail:  ian@michiganconsumerlaw.com
amanda@michiganconsumerlaw.com


*s/ Scott E. Brady*
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth & Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant, Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

---

| | |
|---|---|
| STEVEN FORD,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>DATAQUICK INFORMATION<br>SYSTEMS, INC. and<br>TRANS UNION, LLC,<br>　　　Defendants. | CASE NO. 2:14-cv-13832-MOB-RSW<br><br>Judge Marianne O. Battani<br>Magistrate Judge R. Steven Whalen |

---

## CERTIFICATE OF SERVICE

---

I, **Scott E. Brady**, hereby certify that on the **3rd day of June, 2014**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| Amanda M. Longendyke, Esq.<br>amanda@michiganconsumerlaw.com | Ian B. Lyngklip, Esq.<br>Ian@MichiganConsumerLaw.com |
|---|---|
| Ronald Irvin Raether, Jr.<br>rraether@ficlaw.com | Christopher T. Herman, Esq.<br>cherman@ficlaw.com |

I further certify that on the **3rd day of June, 2014**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*