UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN FORD,

       Plaintiff,                      No. 14-13832

v.                                    District Judge Marianne O. Battani
                                       Magistrate Judge R. Steven Whalen

DATAQUICK INFORMATION
SYSTEMS, INC., ET AL.,

       Defendants.
_____/

**ORDER**

For the reasons stated on the record on July 1, 2015, Defendant Dataquick Information Systems, Inc.'s ("Dataquick's") Motion for an Expedited Order Authorizing the Plaintiff's Consumer Information [Doc. #35] is GRANTED, and Plaintiff's Motion for Protective Order and to Quash Subpoenas [Doc. #42] is DENIED.

The Court hereby authorizes non-parties Experian Information Solutions, Inc. ("Experian") and Equifax Information Services, LLC ("Equifax") to release to Dataquick's attorneys all information regarding Plaintiff Steven Ford, as requested in the subpoenas served upon Experian and Equifax on or about June 5, 2015.

The information released to Dataquick's attorneys pursuant to the subpoenas shall not be used for any purpose other than the prosecution and defense of this lawsuit, and shall not be disclosed to any individual or entity not engaged in the prosecution or defense of this lawsuit. At the conclusion of this litigation, Defendant Dataquick shall destroy all copies of the information it has received pursuant to these supboenas, or return all copies to Plaintiff's counsel.

IT IS SO ORDERED.

/s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: July 2, 2015

Certificate of Service

I certify that a copy of this order was served on parties of record on July 2, 2015 via electronic or postal mail.

/s/A. Chubb
DEPUTY CLERK

-2-