UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

STEVEN FORD,
    Plaintiff,

-vs-

Case No. 4:14-CV-13832
Hon. Marianne O. Battani
Magistrate Judge: R. Steven Whalen

DATAQUICK INFORMATION SYSTEMS, INC.,
    Defendant.

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DATAQUICK INFORMATION SYSTEMS, INC.

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Steven Ford ("Plaintiff") and Defendant DataQuick Information Systems, Inc., ("DataQuick"). Plaintiff and DataQuick will shortly submit a proposed Stipulation and Order Of Dismissal, once the settlement has been reduced to writing.

Respectfully Submitted,

By: s/ Amanda M. Longendyke
Amanda M. Longendyke (P-77777)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Steven Ford
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
Amanda@MichiganConsumerLaw.Com

By: s/ Stephen A. Weigand (With Consent)
Stephen A. Weigand (OH Bar No. 0083573)
Ronald I. Raether, Jr. (OH Bar No. 0667731)
Laura A. Sanom (P-58603)
FARUKI IRELAND & COX P.L.L.
Attorneys for DataQuick Information Systems, Inc.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
PH: 937-227-3700
sweigand@ficlaw.com
rraether@ficlaw.com
lsanom@ficlaw.com

Local Address:
568 Lakeland Avenue
Grosse Pointe, MI  48230

Dated: July 23, 2015

## Certificate of Service

I hereby certify that on July 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all interested parties of record.

Respectfully Submitted,

By: s/ Amanda M. Longendyke
Amanda M. Longendyke (P-77777)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Steven Ford
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
Amanda@MichiganConsumerLaw.Com

Dated: July 23, 2015