UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

STEVEN FORD,
    Plaintiff,

                          Case No. 14-CV-13832
-v-                      Hon. Marianne O. Battani
                          Magistrate Judge: R. Steven Whalen

DATAQUICK INFORMATION SYSTEMS, INC.,
    Defendant.

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that Plaintiff's claims against DataQuick Information Systems, Inc. are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

The court retains jurisdiction for purposes of enforcing the settlement in this matter.

**SO ORDERED.**

Date: September 22, 2015                  s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                United States District Judge

Stipulated To By:

| | |
|---|---|
| s/ Amanda M. Longendyke | s/ By Consent Stephen A. Weigand |
| Amanda M. Longendyke (P77777) | Stephen A. Weigand (OH # 0083573) |
| Ian B. Lyngklip (P47173) | Ronald I. Raether, Jr. (OH # 0067731) |
| LYNGKLIP & ASSOCIATES | Laura A. Sanom (P-58603) |
| CONSUMER LAW CENTER, PLC | FARUKI IRELAND & COX P.L.L. |
| Attorneys For Steven Ford | 500 Courthouse Plaza, S.W. |
| 24500 Northwestern Highway, Ste. 206 | 10 North Ludlow Street |
| Southfield, MI 48075 | Dayton, OH 45402 |
| PH: (248) 208-8864 | PH: (937) 227-3700 |
| Amanda@MichiganConsumerLaw.Com | sweigand@ficlaw.com |
| Ian@MichiganConsumerLaw.Com | rraether@ficlaw.com |
| | lsanom@ficlaw.com |